## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO PACHECO, ET AL<br><br>Plaintiff<br>v.<br>SAGE AMERICAN CATERING, INC.,<br><br>Defendant | Index No.: 07-CV 10652<br><br>**AFFIDAVIT OF SERVICE**<br><br><u>ATTY:</u><br>JOSEPH & HERZFELD, LLP Attorneys at Law<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

I, AZZAM N. ABDERRAHMAN, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on DECEMBER 11, 2007 at 12:52 PM at 46-36 11TH STREET, LONG ISLAND CITY, NY 11101, receipients BUSINESS OFFICE deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT AND DEMAND FOR JURY TRIAL on SAGE AMERICAN CATERING, INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to JOSE LOPEZ personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the ADMINISTRATIVE ASSISTANT authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: Hispanic   Hair: Bown   Glasses: No   Approx. Age: 40   Height: 5'-11   Weight: 220
Description of Door:
Distinguishing Features:

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Azzam N. Abderrahman, Lic. #0820996
JOSEPH & HERZFELD, LLP Attorneys at Law
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

Executed on: 12/13/07

Subscribed and sworn to before me, a notary public, on this 13th day of December, 2007.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-006862     **ORIGINAL**     Client Reference: Pacheco v Sage American Catering