### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

***VIA ECF***

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

    ATTORNEY OF RECORD:
        PAUL J. SIEGEL, ESQ. (PJS2245)
        WENDY J. MELLK, ESQ. (WM1515)

------------------------------------------------------------x

PEDRO PACHECOGIL, VLADIMIR MARTINEZ, JOSE RIOS, ALFONSO DOLORES, LUIS MEXICANO, ADAN SANCHEZ, RAFAEL GONZAGA, and DAVID RIOS VILLA, on behalf of themselves and others similarly situated,

                    Plaintiff,

      -against-

SAGE AMERICAN CATERING INC., LESLIE NILSSON, and SAGE AMERICAN KITCHEN INC., d/b/a CAFÉ ST. BARTS,

             Defendants.

------------------------------------------------------------x

Index No.:  07 CV 10652

Preska, J.

TO:    D. MAIMON KIRSCHENBAUM, ESQ. (DK-2338)
        CHARLES E. JOSEPH, ESQ. (CJ-9442)
        JOSEPH & HERZFELD LLP
        *ATTORNEYS FOR PLAINTIFFS*
        757 Third Avenue, 25th Floor
        New York, NY  10017
        (212) 688-5640

### CERTIFICATE PURSUANT TO RULE 7.1 OF THE
### FEDERAL RULES OF CIVIL PROCEDURE

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the

Judges and Magistrates of this Court to evaluate possible disqualification or recusal,

Defendants, sued herein as "SAGE AMERICAN CATERING INC., LESLIE NILSSON, and

SAGE AMERICAN KITCHEN INC., d/b/a CAFÉ ST. BARTS", by their undersigned counsel,

hereby certify that SAGE AMERICAN CATERING INC. and SAGE AMERICAN KITCHEN,

INC. are privately-held corporations that have no publicly-held parents, subsidiaries or

affiliated entities.

Dated: Melville, New York
          January 28, 2008

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP
                                        *ATTORNEYS FOR DEFENDANTS*
                                        58 South Service Road, Suite 410
                                        Melville, New York 11747
                                        (631) 247-0404

                        By:     s/_____
                                        PAUL J. SIEGEL, ESQ. (PJS2245)
                                        WENDY J. MELLK, ESQ. (WM1515)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2008, CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service and via First Class Mail upon the following parties and participants:

D. MAIMON KIRSCHENBAUM, ESQ. (DK-2338)
CHARLES E. JOSEPH, ESQ. (CJ-9442)
JOSEPH & HERZFELD LLP
ATTORNEYS FOR PLAINTIFFS
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY  10017

s/_____
Wendy J. Mellk, Esq. (WM1515)

I:\Clients\S\118035_MBH\118036\Pleadings\Rule 7.1.doc