```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PEDRO PACHECOGIL et al.,            :
                                    :
          Plaintiffs                :     07 Civ. 10652
                                    :
     -v-                            :     ORDER
SAGE AMERICAN KITCHEN, INC.         :
                                    :
          Defendant.                :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

LORETTA A. PRESKA, U.S.D.J.

An initial pretrial conference was held in this matter today. With the consent of both parties:

- Plaintiff may file an amended complaint in order to add an additional entity as a defendant, and

- The parties will provide the Court a status report on this case by April 18, 2008.

SO ORDERED:

Dated:   New York, New York
         February 27, 2008

_____
LORETTA A. PRESKA, U.S.D.J.