

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX

LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PITTSBURGH, PA

PORTLAND, OR
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

April 18, 2008

**VIA ECF**

Hon. Judge Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1320
New York, NY 10007

           Re:    Pachecogil, et al. v. Sage American
                   Catering, Inc., et al.
                   Docket No.: 07 CV 10652

Dear Hon. Judge Preska:

       As set forth in the Court's February 27, 2008 Order, we are writing on behalf of both parties to advise the Court of the status of this matter. At this juncture, the parties are still attempting to resolve this case amicably. Plaintiffs have requested information from Defendants that is necessary to resolution of this matter. Defendants are gathering the requested information and will respond to Plaintiffs' requests shortly. Accordingly, the parties respectfully request that the Court continue to stay litigation in this matter to allow the parties to continue with their attempts at settlement. With the Court's permission, the parties will provide the Court with a status of this matter on or before May 23, 2008.

                                            Respectfully,

                                           JACKSON LEWIS LLP

                                           Wendy J. Mellk

WJM:dc

cc:    D. Maimon Kirschenbaum, Esq.

I:\Clients\S\118035_MBH\118036\Correspondence\Ltr to J. Preska re settlement negotiations.doc