# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | |
|---|---|
| Jackson Lewis LLP<br>58 South Service Road<br>Suite 410<br>Melville, New York 11747<br>Tel 631 247-0404<br>Fax 631 247-0417<br>www.jacksonlewis.com | ATLANTA, GA      LONG ISLAND, NY    PORTLAND, OR<br>BIRMINGHAM, AL   LOS ANGELES, CA    PROVIDENCE, RI<br>BOSTON, MA       MIAMI, FL          RALEIGH-DURHAM, NC<br>CHICAGO, IL      MINNEAPOLIS, MN    RICHMOND, VA<br>CLEVELAND, OH    MORRISTOWN, NJ     SACRAMENTO, CA<br>DALLAS, TX       NEW YORK, NY       SAN FRANCISCO, CA<br>DENVER, CO       ORANGE COUNTY, CA  SEATTLE, WA<br>GREENVILLE, SC   ORLANDO, FL        STAMFORD, CT<br>HARTFORD, CT     PHILADELPHIA, PA   WASHINGTON, DC REGION<br>HOUSTON, TX      PITTSBURGH, PA     WHITE PLAINS, NY |

April 18, 2008

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

Hon. Judge Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1320
New York, NY 10007

          Re:   Pachecogil, et al. v. Sage American
                Catering, Inc., et al.
                Docket No.: 07 CV 10652

Dear Hon. Judge Preska:

       As set forth in the Court's February 27, 2008 Order, we are writing on behalf of both parties to advise the Court of the status of this matter. At this juncture, the parties are still attempting to resolve this case amicably. Plaintiffs have requested information from Defendants that is necessary to resolution of this matter. Defendants are gathering the requested information and will respond to Plaintiffs' requests shortly. Accordingly, the parties respectfully request that the Court continue to stay litigation in this matter to allow the parties to continue with their attempts at settlement. With the Court's permission, the parties will provide the Court with a status of this matter on or before May 23, 2008.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 22, 2008

Respectfully,

JACKSON LEWIS LLP

*/s/ Wendy J. Mellk*
Wendy J. Mellk

WJM:dc

cc:   D. Maimon Kirschenbaum, Esq.

I:\Clients\S\118035_MBH\118036\Correspondence\Ltr to J. Preska re settlement negotiations.doc