UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*VIA ECF*

-----------------------------------------------------------X

PEDRO PACHECOGIL, VLADIMIR MARTINEZ, JOSE RIOS, ALFONSO DOLORES, LUIS MEXICANO, ADAN SANCHEZ, RAFAEL GONZAGA, and DAVID RIOS VILLA, on behalf of themselves and others similarly situated,

                                   Plaintiff,

-against-

SAGE AMERICAN CATERING INC., LESLIE NILSSON, and SAGE AMERICAN KITCHEN INC., d/b/a CAFÉ ST. BARTS,

                                  Defendants.

Index No.: 07 CV 10652

Preska, J.

-----------------------------------------------------------X

TO:    D. MAIMON KIRSCHENBAUM, ESQ. (DK-2338)
        CHARLES E. JOSEPH, ESQ. (CJ-9442)
        JOSEPH & HERZFELD LLP
        *ATTORNEYS FOR PLAINTIFFS*
        757 Third Avenue, 25th Floor
        New York, NY 10017
        (212) 688-5640

## NOTICE OF APPEARANCE

PLEASE enter the appearance of John J. Porta, Esq. (JP7370) as an attorney for Defendants.

Dated:  Melville, New York
         April 24, 2008

                                            Respectfully submitted,

                                            JACKSON LEWIS LLP
                                            *ATTORNEYS FOR DEFENDANTS*
                                            58 South Service Road, Suite 410
                                            Melville, New York 11747
                                            (631) 247-0404

                            By:  _____
                                   John J. Porta, Esq. (JP7370)

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, the attached Notice of Appearance was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

D. MAIMON KIRSCHENBAUM, ESQ. (DK-2338)
CHARLES E. JOSEPH, ESQ. (CJ-9442)
JOSEPH & HERZFELD LLP
*ATTORNEYS FOR PLAINTIFFS*
757 Third Avenue, 25th Floor
New York, NY 10017

JOHN J. PORTA, ESQ. (JP7370)

I:\Clients\S\118035_MBH\118036\Pleadings\Notice of Appearance.doc