UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
    ATTORNEY OF RECORD:
        PAUL J. SIEGEL, ESQ. (PJS2245)
        WENDY J. MELLK, ESQ. (WM1515)

-------------------------------------------------------X

PEDRO PACHECOGIL, VLADIMIR MARTINEZ, JOSE RIOS, ALFONSO DOLORES, LUIS MEXICANO, ADAN SANCHEZ, RAFAEL GONZAGA, and DAVID RIOS VILLA, on behalf of themselves and others similarly situated,

                      Plaintiff,

    -against-

SAGE AMERICAN CATERING INC., LESLIE NILSSON, and SAGE AMERICAN KITCHEN INC., d/b/a CAFÉ ST. BARTS,

                      Defendants.

-------------------------------------------------------X

Index No.: 07 CV 10652

Preska, J.

    *VIA ECF*
TO:    CLERK, U.S. DISTRICT COURT

        Please enter the withdrawal of John J. Porta, Esq. (JP-7370) of JACKSON LEWIS LLP as attorney for Defendants, Sage American Catering Inc., Leslie Nilsson and Sage American Kitchen, Inc. d/b/a Café St. Barts, in the above-captioned case.

Dated: June 5, 2008

                              Respectfully submitted,

                              JACKSON LEWIS LLP

                      By: _____
                            JOHN J. PORTA, ESQ. (JP7370)

I:\Clients\S\118035_MBH\118036\Pleadings\JJP - Notice of Withdrawal.doc