UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
   ATTORNEY OF RECORD:
      PAUL J. SIEGEL, ESQ. (PJS2245)
      WENDY J. MELLK, ESQ. (WM1515)

-----------------------------------------------------------X

PEDRO PACHECOGIL, VLADIMIR MARTINEZ, JOSE RIOS, ALFONSO DOLORES, LUIS MEXICANO, ADAN SANCHEZ, RAFAEL GONZAGA, and DAVID RIOS VILLA, on behalf of themselves and others similarly situated,

　　　　　　　　　　　　　　Plaintiff,

-against-

SAGE AMERICAN CATERING INC., LESLIE NILSSON, and SAGE AMERICAN KITCHEN INC., d/b/a CAFÉ ST. BARTS,

　　　　　　　　　　　　　　Defendants.

Index No.: 07 CV 10652

Preska, J.

-----------------------------------------------------------X

   *VIA ECF*
TO:   CLERK, U.S. DISTRICT COURT

   Please enter the withdrawal of John J. Porta, Esq. (JP-7370) of JACKSON LEWIS LLP as attorney for Defendants, Sage American Catering Inc., Leslie Nilsson and Sage American Kitchen, Inc. d/b/a Café St. Barts, in the above-captioned case.

Dated:  June 5, 2008

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　JACKSON LEWIS LLP

　　　　　　　　　　By:   _____
　　　　　　　　　　　　　　JOHN J. PORTA, ESQ. (JP7370)

I:\Clients\S\118035_MBH\118036\Pleadings\JJP - Notice of Withdrawal.doc