# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

June 24, 2008

**VIA FACSIMILE**
**(212) 805-7941**

Hon. Judge Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Re: Pachecogil, et al. v. Sage American Catering, Inc., et al.
Docket No.: 07 CV 10652

Dear Hon. Judge Preska:

We represent Plaintiffs in the above-captioned matter. I write pursuant to my representation to the Court that we would provide the Court with a status update by today.

Plaintiffs' filed an Amended Complaint by emailing it to the "case openings" address in a timely manner (on June 13, 2008). The Amended Complaint has not yet appeared on the docket.

Also, the parties have continued meaningful settlement discussions, and discovery has been served. Should the Court require additional information pertaining to this matter, I am available at the Courts discretion.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

*Counsel shall confer and inform the Court by letter of their proposed discovery dates in the event the action is not settled promptly.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 29, 2008

*D. Maimon Kirschenbaum (DK-2338)*

cc: Wendy J. Mellk, Esq.